JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 899 -- In re Mortgage Escrow Deposit Litigation

| Date | Pldg. | Pleading Description |
|---|---|---|
| 91/06/19 | 1 | MOTION, BRIEF, SCHEDULE OF ACTIONS, EXHIBITS 1 thru 8 AND CERT. OF SVC. -- filed by defts. Fleet Mortgage Corp., Lomas Mortgage USA, Inc. and Citicorp and Citicorp Mortgage, Inc., for transfer of actions -- SUGGESTED TRANSFEREE DISTRICT: N.D. Illinois -- SUGGESTED TRANSFEREE JUDGE: ?  (ds) |
| 91/06/24 | 2 | RESPONSE (to pldg. #1) -- filed by pltfs. Henry Moore, et al., Jami E. Bay and Janet Aiken w/cert. of svc.  (ds) |
| 91/06/25 | 3 | LETTER RESPONSE (to pldg. #1) -- filed by pltf. Jami E. Bay w/svc. (ds) |
| 91/07/01 |  | APPEARANCES -- LAWRENCE WALNER, ESQ. for Janet Aitken and Henry More; DANIEL A. EDELMAN, ESQ. for Jami E. Bay; WILLIAM A. VON HOENE, JR., ESQ. for Fleet Mortgage Corp.; ALAN N. SALPETER, ESQ. for Citicorp and Citicorp Mortgage, Inc.; JAMES R. DALY, ESQ. for Lomas Mortgage USA, Inc. and BARRY G. REED, ESQ. for Paul Turney, Harlow Robinson, et al. and Glen Allen, et al. (rh) |
| 91/07/08 | 4 | RESPONSE -- (to pldg. #1) pltfs. Harlow Robinson, et al.; Glen Allen, et al. and Paul Turney -- w/cert. of svc. (rh) |
| 91/07/15 | 5 | SUPPLEMENTAL RESPONSE -- (to pldg. #4) pltfs. Harlow Robinson, et al.; Glen Allen, et al. and Paul Turney -- w/cert. of svc. (rh) |
| 91/08/15 |  | HEARING ORDER -- setting motion of defts. Fleet Mortgage Corp., Lomas Mortgage USA, Inc., Citicorp, and Citicorp Mortgage, Inc. for transfer for Panel hearing on September 27, 1991 in Colorado Springs, Colorado -- Notified involved clerks, judges and counsel (ds) |
| 91/08/23 | 6 | SUPPLEMENT TO MOTION, NOTICE OF POTENTIAL TAG-ALONG -- deft./movant Lomas Mortgage USA, Inc. -- w/Exhibits A-3 and certificate of service  (cdm) |

JPML FORM 1A

B.2

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 899 -- _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 91/09/27 | | HEARING APPEARANCES -- (**For hearing on 9/27/91 in Colorado Springs, Colorado**) JAMES R. DALY, ESQ. for Lomas Mortgage USA, Inc. and CHARLES S. ZIMMERMAN, ESQ. OR BARRY G. REED, ESQ. for Harlow Robinson, et al.; Paul Turney; Glen Allen, et al. and Rick Robinson (rh) |
| 91/09/27 | | WAIVERS OF ORAL ARGUMENT -- (**For hearing on 9/27/91 in Colorado Springs, Colorado**) Citicorp; Citicorp Mortgage, Inc.; Janet Aitken; Henry Moore and Jami E. Bay (rh) |
| 91/10/09 | | CONSENT OF TRANSFEREE COURT -- For transfer of litigation to the Northern District of Illinois to the Honorable James B. Zagel for coordinated or consolidated pretrial proceedings (sg) |
| 91/10/09 | | TRANSFER ORDER -- Transferring A-1 thru A-7 to the Northern District of Illinois for pretrial proceedings -- Notified involved clerks, judges, counsel and misc. recipients (sg) |
| 91/11/21 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- B-8 Phillippa Saunders, et al. v. Metropolitan Financial Mortgage Corp., D. Minnesota, C.A. No. 3:91cv306; B-9 Charles Graham, et al. v. Knutson Mortgage Corp., D. Minnesota, C.A. No. 3:91cv355; B-10 Daniel Kruse, et al. v. Barclays American/Mortgage Corp., D. Minnesota, C.A. No. 3:91cv365; B-11 Kathleen D. Morton, et al. v. Bancplus Mortgage Corp., C.A. No. 4:91cv376; B-12 Steven J. Meshbesher, et al. v. Margaretten & Co., Inc., D. Minnesota, C.A. No.4:91cv404; B-13 Mavis M. Pearson, et al. v. United Mortgage Corp., D. Minnesota, C.A. No. 4:91cv405; B-14 Kenneth French, et al. v. Chemical Mortgage Co., D. Minnesota, C.A. No. 3:91cv426; B-15 Karin E. Danforth, et al. v. First Union Mortgage Corp., D. Minnesota, C.A. No. 4:91cv457; B-16 Louis H. Meserow, et al. v. Sears Mortgage Corp., D. Minnesota, C.A. No. 4:91cv477; B-17 John Michels, et al. v. Standard Federal Savings Bank, D. Minnesota, C.A. No. 3:91cv499; B-18 Gary R. Utes, et al. v. Leader federal Bank for Savings, D. Minnesota, C.A. No. 4:91cv516; B-19 James M. Hawkins, et al. v. J.I. Kislak Mortgage Corp., D. Minnesota, C.A. No. 3:91cv550; B-20 Beth Wills, etc. v. Cenlar Federal Savings Bank, D. Minnesota, C.A. No. 3:91cv580; B-21 Thomas J. Johnston, et al. v. Comerica Mortgage Corp., D. Minnesota, C.A. No. 4:91cv675; B-22 Robert J. Cline, et al. v. Goldome Realty Credit Corp., D. Minnesota, C.A. No. 4:91cv749; B-23 Terri Jacobson, et al. v. Midland Mortgage Co., D. Minnesota, C.A. No. 4:91cv443; B-24 Rand Allen Davis, etc. v. Murray Mortgage Co., N.D. Texas, C.A. No. 3-91-2165-G; B-25 Jerelyn Olive, et al. v. Alliance Mortgage Co., M.D. Florida, C.A. No. 91-899-J-12 -- Notified involved counsel and judges (eem) |

JPML FORM 1A

P.3

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 899 -- _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 91/12/03 | | APPEARANCES -- ROBERT J. PRATTE, ESQ. for Barclays American/Mortgage Corp., BancPLUS Mortgage Corp., Chemical Mortgage Company, Sears Mortgage Corp., J.I. Kislak Mortgage Corp., Cenlar Federal Savings Bank, Comerica Mortgage Corp., Midland Mortgage Co.; WALTER J. DUFFY, JR., ESQ. for Margaretten & Company, Inc.; THOMAS E. HARMS, ESQ. for United Mortgage Corporation; JOHN C. CALENDER, ESQ. for Alliance Mortgage Co. |
| 91/12/05 | 7 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDERS -- B-8 Phillippa Saunders, et al. v. Metropolitan Financial Mortgage Corp., D. Minnesota, C.A. No. 3:91cv306; B-9 Charles Graham, et al. v. Knutson Mortgage Corp., D. Minnesota, C.A. No. 3:91cv355; B-10 Daniel Kruse, et al. v. Barclays American/Mortgage Corp., D. Minnesota, C.A. No. 3:91cv365; B-11 Kathleen D. Morton, et al. v. Bancplus Mortgage Corp., C.A. No. 4:91cv376; B-12 Steven J. Meshbesher, et al. v. Margaretten & Co., Inc., D. Minnesota, C.A. No.4:91cv404; B-13 Mavis M. Pearson, et al. v. United Mortgage Corp., D. Minnesota, C.A. No. 4:91cv405; B-14 Kenneth French, et al. v. Chemical Mortgage Co., D. Minnesota, C.A. No. 3:91cv426; B-15 Karin E. Danforth, et al. v. First Union Mortgage Corp., D. Minnesota, C.A. No. 4:91cv457; B-16 Louis H. Meserow, et al. v. Sears Mortgage Corp., D. Minnesota, C.A. No. 4:91cv477; B-17 John Michels, et al. v. Standard Federal Savings Bank, D. Minnesota, C.A. No. 3:91cv499; B-18 Gary R. Utes, et al. v. Leader Federal Bank for Savings, D. Minnesota, C.A. No. 4:91cv516; B-19 James M. Hawkins, et al. v. J.I. Kislak Mortgage Corp., D. Minnesota, C.A. No. 3:91cv550; B-20 Beth Wills, etc. v. Cenlar Federal Savings Bank, D. Minnesota, C.A. No. 3:91cv580; B-21 Thomas J. Johnston, et al. v. Comerica Mortgage Corp., D. Minnesota, C.A. No. 4:91cv675; B-22 Robert J. Cline, et al. v. Goldome Realty Credit Corp., D. Minnesota, C.A. No. 4:91cv749; B-23 Terri Jacobson, et al. v. Midland Mortgage Co., D. Minnesota, C.A. No. 4:91cv443; B-24 Rand Allen Davis, etc. v. Murray Mortgage Co., N.D. Texas, C.A. No. 3-91-2165-G; B-25 Jerelyn Olive, et al. v. Alliance Mortgage Co., M.D. Florida, C.A. No. 91-899-J-12 -- Notified involved counsel and judges (kac) |
| 91/12/05 | 8 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- B-8 Phillippa Saunders, et al. v. Metropolitan Financial Mortgage Corp., D. Minnesota, C.A. No. 3:91cv306 -- Notified involved judges and counsel (kac) |
| 91/12/05 | 9 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- B-24 Rand Allen Davis, etc. v. Murray Mortgage Co., N.D. Texas, C.A. No. 3-91-2165-G -- Notified invovled counsel and judges (kac) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 899 --

p. 4

| Date | Pleading Description | |
|---|---|---|
| 91/12/05 | 10 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDERS -- B-14 Kenneth French, et al. v. Chemical Mortgage Co., D. Minnesota, C.A. No. 3:91cv426; B-11 Kathleen D. Morton, et al. v. Bancplus Mortgage Corp., C.A. No. 4:91cv376; B-10 Daniel Kruse, et al. v. Barclays American/Mortgage Corp., D. Minnesota, C.A. No.3:91cv365; B-23 Terri Jacobson, et al. v. Midland Mortgage Co., D. Minnesota, C.A. No. 4:91cv443; B-21 Thomas J. Johnston, et al. v. Comerica Mortgage Corp., D. Minnesota, C.A. No. 4:91cv675; B-20 Beth Wills, etc. v. Cenlar Federal Savings Bank, D. Minnesota, C.A. No. 3:91cv580; B-19 James M. Hawkins, et al. v. J.I. Kislak Mortgage Corp., D. Minnesota, C.A. No. 3:91cv550; B-16 Louis H. Meserow, et al. v. Sears Mortgage Corp., D. Minnesota, C.A. No. 4:91cv477 -- Notified involved counsel and judges (kac) |
| 91/12/05 | 11 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- B-9 Charles Graham, et al. v. Knutson Mortgage Corp., D. Minnesota, C.A. No. 3:91cv355 -- Notified involved counsel and judges (kac) |
| 91/12/05 | | APPEARANCES -- ROBERT L. DEMAY, ESQ. for Knutson Mortgage Corp. and Leader Federal Bank for Savings, CHARLES A. GALL, ESQ. for Murray Mortgage Company |
| 91/12/05 | | APPEARANCE -- PATRICK J. MCLAUGHLIN, ESQ. for Metropolitan Financial Mortgage Corp. (kac) |
| 91/12/06 | 12 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- filed by deft. Margaretten & Co., Inc. (B-12) Steven J. Meshbesher, et al. v. Margaretten & Co., Inc., D. Minnesota, C.A. No. 4-91-404cv -- Notified involved counsel and judges (kac) |
| 91/12/06 | 13 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSER ORDER -- filed by deft. KeyCorp Mortgage Inc., (f/k/a Goldome Realty Credit Corp.) (B-22) Robert J. Cline, et al. v. Goldome Realty Corp., C.A. No. 4:91-CV-749 -- Notified involved counsel and judges (kac) |
| 91/12/06 | 14 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- Filed by deft. Alliance Mortgage Co. (B-25) Jeralyn Olive, et al. v. Alliance Mortgage Co., M.D. Florida, C.A. No. 91-899-J-12 -- Notified involved counsel and judges (kac) |
| 91/12/06 | 15 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- Filed by deft. United Mortgage Corp. (B-13) Mavis M. Pearson, et al. v. United Mortgage Corp., D. Minnesota, C.A. No. 4-91-405 -- Notified involved counsel and judges (kac) |

JPML FORM 1A
· P.5 ·

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 899 -- _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 91/12/06 | 16 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- Filed by deft. First Union Mortgage Corp. (B-15) Karin E. Danforth, et al. v. first Union Mortgage Corp., D. Minnesota, C.A. No. 4-91-457 -- Notified involved counsel and judges (kac) |
| 91/12/06 |  | APPEARANCES -- PETER S. HENDRIXON, ESQ. for KeyCorp Mortgage, Inc. (f/k/a Goldome Realty Credit Corp.); THOMAS E. HARMS, ESQ. for United Mortgage Corp.; WALTER J. DUFFY, JR., ESQ. for Margaretten & Company, Inc. (kac) |
| 91/12/13 | 17 | REQUEST FOR LEAVE TO EXCEED PAGE LIMIT -- filed by defts. Barclays American Mortgage Corp., BancPLUS Mortgage Corp., Chemical Mortgage Corp., Sears Mortgage Corp., J.I. Kislak Mortgage Corp., Cenlar Federal Savings Bank, Comerica Mortgage Corp. and Midland Moretgage Corp. -- GRANTED - NOT TO EXCEED 30 PAGES -- Notified involved counsel (ds) |
| 91/12/16 |  | APPEARANCE -- MARK C. TREANOR, ESQ. for Karin E. Danforth (kac) |
| 91/12/19 |  | HEARING ORDER -- Setting Opposition of pltfs. and a majority of defts. in B-8 thru B-25 to transfer for Panel Hearing in Phoenix, Arizona on January 31, 1992 -- Notified involved counsel, judges and clerks (rh) |
| 91/12/20 | 18 | MOTION/BRIEF TO VACATE CONDITIONAL TRANSFER ORDER -- filed by defts. (B-10) Barclays American Mortgage Corp., (B-11) BancPlus Mortgage Corp., (B-14) Chemical Mortgage Corp., (B-16) Sears Mortgage Corp., (B-19) J.I. Kislak Mortgage Corp., (B-20) Cenlar Federal Savings Bank, (B-21) Comerica Mortgage Corp. and (B-23) Midland Mortgage Co. -- with cert. of svc. (kac) |
| 91/12/20 | 19 | MOTION/BRIEF TO VACATE CONDITIONAL TRANSFER ORDER -- filed by defts. (B-9) Knutson Mortgage Corp. and (B-18) Leader Federal Bank for Savings -- with affidavit and cert. of svc. (kac) |
| 91/12/20 | 20 | MOTION/BRIEF TO VACATE CONDITIONAL TRANSFER ORDER -- filed by deft. (B-8) Metropolitan Financial Mortgage Corp and all the District of Minnesota cases (B-9 through B-23) -- with cert. of svc. (kac) |
| 91/12/20 | 21 | MOTION/BRIEF TO VACATE CONDITIONAL TRANSFER ORDER -- filed by deft. (B-24) Murray Mortgage Company -- with cert. of svc. (kac) |
| 91/12/20 | 22 | MOTION/BRIEF TO VACATE CONDITIONAL TRANSFER ORDER -- Filed by deft. (B-22) KeyCorp Mortgage (f/k/a Goldome Realty Credit Corp.) -- with Exhibits A & B and cert. of svc. (kac) |

JPML FORM 1A

P.6

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. ___ -- _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 91/12/20 | 23 | MOTION/BRIEF TO VACATE CONDITIONAL TRANSFER ORDER -- Filed by deft. (B-12) Margaretten & Co., Inc. -- with affidavit and cert. of svc. (kac) |
| 91/12/20 | 24 | MOTION/BRIEF TO VACATE CONDITIONAL TRANSFER ORDER -- Filed by all Minnesota pltfs. in (B-8) Phillippa Saunders, (B-9) Charles Graham;; (B-10) Daniel Kruse; (B-11) Kathleen D. Morton; (B-12) Steven J. Meshbesher; (B-13) Mavis M. Pearson; (B-14) Kenneth French; (B-15) Karin E. Danforth, (B-16) Louis Meserow; (B-17) John Michaels; (B-18) Gary R. Utes; (B-19) James Hawkins; (B-20) Beth Wills; (B-21) Thomas J. Johnston; (B-22) Robert J. Kline; (B-23) Terri Jacobson; (B-24) Kenneth J. Bovy -- with Exhibits A & B and cert. of svc. (kac) |
| 91/12/20 | 25 | MOTION/BRIEF TO VACATE CONDITIONAL TRANSFER ORDER -- Filed by deft. (B-25) Alliance Mortgage Co. with Exhibits 1 though 5 and cert. of svc. (kac) |
| 91/12/20 | 26 | MOTION/BRIEF TO VACATE CONDITIONAL TRANSFER ORDER -- filed by deft. (B-15) First Union Mortgage Corporation -- with cert. of svc. (kac) |
| 91/12/23 | 27 | MOTION/BRIEF TO VACATE CONDITIONAL TRANSFER ORDER -- Filed by deft. (B-13) United Mortgage Corp. -- with cert. of svc. (kac) |
| 92/01/06 | 28 | AMENDED JOINT MOTION OF ALL MINNESOTA PLAINTIFFS TO VACATE CTO (re: pldg. #24)-- filed by the Minnesota pltfs. Saunders, Graham, Kruse, Morton, Meshbesher, Pearson, French, Danforth, Meserow, Michels, Utes, Hawkins, Wills, Johnston, Cline, Jacobson, Jerelyn Olive, Brian Schroeder and Rand Allen Davis w/cert. of svc. (ds) |
| 92/01/09 |  | CONDITIONAL TRANSFER ORDER FILED TODAY -- (B-26) Blue v. Lomas, Cal., N., 91-2718 -- Notified involved counsel and judges (BAS) |
| 92/01/23 | 29 | NOTICE OF OPPOSITION TO CTO -- filed by pltfs. James L. Blue, et al. (James L. Blue, et al. v. Lomas Mortgage, USA, N.D. Cal., C.A. No. C91-2718-ARB) -- Notified involved counsel and judges (ds) |

JPML FORM 1A 

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 899 -- _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 92/01/31 | | HEARING APPEARANCES -- (**For Hearing on 1/31/92 in Phoenix, AZ**) CHARLES S. ZIMMERMAN, ESQ. OR BARRY G. REED, ESQ. for plaintiffs in Minnesota, Texas and Florida cases; ALAN H. MACLIN, ESQ. for Barclays American/Mortgage Corp.; BancPlus Mortgage Corp.; Chemical Mortgage Corp.; J.I. Kislak Mortgage Corp.; Cenlar Federal Savings Bank; Comerica Mortgage Corp. and Midland Mortgage Co.; JOHN M. TANCABEL, ESQ. for Margaretten & Co., Inc.; MARK C. TREANOR, ESQ. for First Union Mortgage Corp.; JAMES A. STEIN, ESQ. United Mortgage Corp.; CHARLES A. GALL, ESQ. for Murray Mortgage Co. and HAROLD D. MURRY, JR., ESQ. OR JOHN G. CALENDER, ESQ. OR KATHERINE D. MCMANUS, ESQ. for Alliance Mortgage Co. (rh) |
| 92/01/31 | | WAIVERS OF ORAL ARGUMENT -- (**For Hearing on 1/31/92 in Phoenix, AZ**) Knutson Mortgage Corp.; Leader Federal Bank for Savings; Lomas Mortgage USA, Inc.; Janet Aitken; Henry Moore and Jami E. Bay; Key Corp. Mortgage, Inc.; Fleet Mortgage Corp.; Standard Federal Savings Bank and Metropolitan Financial Mortgage Corp. (rh) |
| 92/02/07 | | ORDER VACATING CONDITIONAL TRANSFER ORDERS -- (B-8) Phillipa Saunders, et al. v. Metropolitan Financial Mortgage Corp., D. Minnesota, C.A. No. 3:91cv306; (B-9) Charles Graham, et al. v. Knutson Mortgage Corp., D. Minnesota, C.A. No. 3:91cv355; (B-10) Daniel Kruse, et al., v. Barclays American/Mortgage Corp., D. Minnesota, C.A. No. 3:91cv365; (B-11) Kathleen Morton, et al. v. Bancplus Mortgage Corp., D. Minnesota, C.A. No. 3:91cv376; (B-12) Steven J. Meshbesher, et al. v. Margaretten & Co., Inc., D. Minnesota, C.A. No. 4:91cv404; (B-13) Mavis Pearson, et al. v. United Mortgage Corp., D. Minnesota, C.A. No. 4:91cv405; (B-14) Kenneth French, et al. v. Chemical Mortgage Co., D. Minnesota, C.A. No. 3:91cv426; (B-15) Karin E. Danforth, et al v. First Union Mortgage Corp., D. Minnesota, C.A. No. 4:91cv457; (B-16) Louis Meserow, et al. v. Sears Mortgage Corp., D. Minnesota, C.A. No. 4:91cv477; (B-17) John Michels, et al. v. Sears Mortgage Corp., D. Minnesota, C.A. No. 3:91cv499; (B-18) Gary R. Utes, et al. v. Leader Federal Bank for Savings, D. Minnesota, C.A. No. 4:91cv516; (B-19) James M. Hawkins, et al. v. J.I. Kislak Mortgage Corp., D. Minnesota, C.A. No. 3:91cv550; (B-20) Beth Wills, etc. v. Cenlar Federal Savings Bank, D. Minnesota, C.A. No. 3:91cv580; (B-21) Thomas J. Johnston, et al. v. Comerica Mortgage Corp., D. Minnesota, C.A. No. 4:91cv675; (B-22) Robert J. Cline, et al. v. Goldome Realty Credit Corp., D. Minnesota, C.A. No. 4:91cv749; (B-23) Terri Jacobson, et al. v. Midland Mortgage Co., D. Minnesota, C.A. No. 4:91cv443; (B-24) Rand Allen Davis, etc. v. Murray Mortgage Co., N.D. Texas, C.A. No. 3-91-2165-G; (B-25) Jerelyn Olive, et al. v. Alliance Mortgage Corp., M.D. Florida, C.A. No. 91-899-J-12 -- Notified involved counsel, judges and clerks (kac) |

JPML FORM 1A

p.8

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. **899** -- _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 92/02/10 | 30 | MOTION/BRIEF TO VACATE CONDITIONAL TRANSFER ORDER -- filed by pltfs. James L. Blue, et al. (James L. Blue, et al. v. Lomas Mortgage USA, N.D. Cal., C.A. No. C91-2718 FMS-ARB) -- w/proof of svc. (bas) |
| 92/02/20 | | HEARING ORDER -- setting opposition to transfer for Panel Hearing on March 27, 1992 in Chicago, Illinois (ds) |
| 92/02/20 | | HEARING ORDER -- setting opposition of (B-26 James Blue, et al., to transfer for Panel Hearing on March 27, 1992 in Chicago, Illinois (ds) |
| 92/03/03 | 31 | RESPONSE -- (to pldg. #30) Lomas Mortgage USA, Inc. -- w/cert. of svc. (received 3/2/92) (rh) |
| 92/03/10 | 32 | REPLY -- Filed by pltf. James Blue -- w/cert. of svc. (rh) |
| 92/03/27 | | HEARING APPEARANCES (for Panel hearing on March 27, 1992, in Chicago, Illinois) -- RICHARD G. MCCRACKEN, ESQ. for James Blue, et al.; JAMES R. DALY, ESQ. for Lomas Mortgage, USA (ds) |
| 92/03/27 | | WAIVERS OF ORAL ARGUMENT -- Fleet Mortgage Corp.; BancPlul Mortgage Corp., Barclays American/Mortgage Corp., Cenlar Federal Savings Bank, Chemical Mortgage Co., Comerica Mortgage Corp., J.I. Kislak Mortgage Corp., Midland Mortgage Co. and Sears Mortgage Corp.; Standard Federal Savings Bank; Margaretten & Co., Inc.; (pltfs. Saunders, et al., Graham, et al., Kruse, et al., Morton, et al., Meshbesher, et al., Pearson, et al., Franch, et al., Danforth, et al., Meserow, et al., Michels, et al., Utes, et al., Hawkins, et al., Wills, etc., Johnston, et al., Cline, et al., Jacobson, et al., Bovy, et al., Davis, etc. and Olive, et al.; Knutson Mortgage Corp. and Leader Federal Bank for Savings; Citicorp and Citicorp Mortgage, Inc. and First Union Mortgage Corp. (ds) |

Case MDL No. 899 Document 415 Filed 06/16/15 Page 9 of 19

JPML FORM 1

p.9

RECENT ENTRIES

JPML LITIGATION

No. 899

| Date | # | Description |
|---|---|---|
| 92/04/03 | | TRANSFER ORDER -- B-26 Blues, et al. v. Lomas Mortgage USA, N.D. Cal., #C91-2718-FMS-ARB (Action Transferred to N.D. Illinois) -- Notified involved counsel; judges; clerks and panel judges (rh) |
| 92/12/11 | 33 | MOTION, BRIEF, SCHEDULE of Actions -- Filed by Principal Mutual Life Insurance Co., (C.E. Naylor v. Principal Mutual Life Insurance Company, N.D. Alabama, C.A. No 92-2832, for action to be transfered to N.D. Illinois) - w/Exhibits A-M and cert of svc. (nng) |
| 92/12/31 | 34 | RESPONSE (re: pldg. #33) Filed by pltf. C.E. Naylor w/exhibits, affidvit of Steven Olsen and cert of svc. (nng) |
| 93/01/21 | 35 | SUBSEQUENT INFORMATION (RECENT DEVELOPMENTS) -- (re: pldg. #33) filed by pltf. C.E. Naylor (XYZ-29) Miller v. Principal Mutual Life Insurance Co., N.D. Ill., C.A. No. 91-C-4760 -- w/Exhibit A and cert. of svc. (bas) |
| 93/02/04 | 36 | MOTION, BRIEF -- Filed by Deft. Citizens Fidelity Bank and Trust Co. (Cecil Hopkins, et al. v. Citizens Fidelity Bank and Trust Co., N.D. Alabama, 93-P-0091-W, for action to be transferred to N.D. Illinois) - w/Exhibits 1 thru 9, and cert. of svc. (FILED ON 2/2/93) (lg) |
| 93/02/04 | 37 | RESPONSE -- (re: pldg.#36) Filed by Pltfs. Cecil and Sandra Hopkins w/cert. of svc. (FILED ON 2/2/93) (lg) |

JPML Form 1

Revised: 8/78

DOCKET NO. 899 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE MORTGAGE ESCROW DEPOSIT LITIGATION

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| September 27, 1991 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | October 9, 1991 | TO | Unpublished | N.D. Illinois | James B. Zagel | |

91C 6747

Special Transferee Information

DATE CLOSED: _____

JPML FORM 1     LISTING OF INVOLVED ACTIONS

DOCKET NO. 899 -- In re Mortgage Escrow Deposit Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Harlow Robinson, et al. v. Fleet Mortgage Corp. | Minn. Magnuson | CV3-91-303 | 10/9/91 | 91-7019 Zagel | | |
| A-2 | Turney v. Lomas Mortgage U.S.A., Inc. | Minn. McLaughlin | CV4-91-359 | 10/9/91 | 91-7018 Zagel | | |
| A-3 | Glen and Sheila Allen v. Citicorp and Citicorp Morgage, Inc. | Minn. Alsop | CV3-91-337 | 10/9/91 | 91-7020 Zagel | | ✓ |
| A-4 | Janet Aitken v. Fleet Mortgage Corp. | Ill.,N. Zagel | 90-C-3708 | | | | |
| A-5 | Henry Moore, et al. v. Lomas Mortgage U.S.A., Inc. | Ill.,N. Zagel | 90-C-5816 | | | | |
| A-6 | Jami E. Bay v. Citicorp and Citicorp Mortgage, Inc. | Ill.,N. Zagel | 90-C-5357 | | | | |
| A-7 | Rick Robinson v. Empire of America Realty Credit | Ill.,N. Zagel | 90-C-5063 | | | | |
| B-8 | Phillipa Saunders, et al. v. Metropolitan Financial Mortgage Corp.  OPPOSED 12-5-91 | Minn. Renner | 91-CV-306 | | CTO VACATED 2/7/92 | | DO NOT COUNT |
| B-9 | Charles Graham, et al. v. Knutson Mortgage Corp.  OPPOSED 12-5-91 | Minn. Renner | 91-CV-355 | | CTO VACATED 2/7/92 | | |
| B-10 | Daniel Kruse, et al., v. Barclays American/ Mortgage Corp. | Minn. Magnuson | 91-CV-365 | | CTO VACATED 2/7/92 | | |

DOCKET NO. 899 -- In re Mortgage Escrow Deposit Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-11 | Kathleen Morton, et al. v. Bancplus Mortg.  12-5-91 | Minn. Devitt | 91-CV-376 | | CTO Vacated 2/7/92 | | |
| B-12 | Steven Meshbesher, et al. v. Margetten & Co., Inc.  opposed 12-5-91 | Minn. Murphy | 91-CV-404 | | CTO Vacated 2/7/92 | | |
| B-13 | Mavis Pearson, et al. v. United Mortgage Corp  opposed  91 | Minn. MacLaughlin | 91-CV-405 | | CTO Vacated 2/7/92 | | |
| B-14 | Kenneth French, et al. v. Chemical Mortgage Co. | Minn Renner | 91-CV-426 | CTO | Vacated 2/7/92 | | |
| B-15 | Karin Danforth, et al. v. 1st Union Mortgage  opposed 12-5-91 | Minn. Rosenbaum | 91-CV-457 | | CTO Vacated 2/7/92 | | |
| B-16 | Louis Meserow, et al. v. Sears Mortgage Corp.  12-5-91 | Minn Murphy | 91-CV-477 | | CTO Vacated 2/7/92 | | |
| B-17 | John Michels et al. v. Standard Federal, et al.  opposed 12-5-91 | Minn. Magnuson | 91-CV-499 | CTO | Vacated 2/7/92 | | |
| B-18 | Gary Utes, et al. v. Leader Federal Bank  opposed -91 | Minn. Rosenbaum | 91-CV-516 | | CTO Vacated 2/7/92 | | |
| B-19 | James Hawkins, et al. v. J.I. Kislak Mortgage | Minn. Devitt | 91-CV-550 | CTO | Vacated 2/7/92 | | |
| B-20 | Beth Wills v. Cenlar Federal  12-5-91 | Minn. Devitt | 91-CV-580 | CTO | Vacated 2/7/92 | | |
| B-21 | Thomas Johnston, et al. v. Comerica Mtg. Corp.  12-5-91 | Minn. Murphy | 91-CV-675 | CTO | Vacated 2/7/92 | | |
| B-22 | Robert Cline, et al. v. Goldome Realty  opposed -5-91 | Minn. MacLaughlin | 91-CV-749 | CTO | Vacated 2/7/92 | | |
| B-23 | Terri Jacobson, et al. v. Midland Mortgage Co. | Minn Rosenbaum | 91-CV-443 | | CTO Vacated 2/7/92 | | |

DO NOT COUNT

DOCKET NO. 899 -- In re Mortgage Escrow Deposit Litigiation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-24 | Rand Allen Davis v. Murray Mortgage Co. *opposed 12-5-91* | Tx.,N. Fish | 3-91-2165-G | CTO Vacated 2/7/92 | | | DO NOT COUNT |
| B-25 | Jerelyn Olive, et al. v. Alliance Mortgage Co. *opposed* | Fla., M. Melton | 91-889-Civ-J-12 | CTO Vacated 2/7/92 | | | |
| B-26 *9/13* | James L. Blue, et al. v. Lomas Mortgage USA *1/9/92 opposed 1/23/92* | Cal.,N. Smith | C91-2718 FMS-ARB | 4-3-92 | 92-2637 | | |
| XYZ-27 | Sanders, et al. v. Lincoln Service | Ill.,N. Zagel | 91-cv-4542 | | | | |
| XYZ-28 | Taylor v. California Federal | Ill.,N. Zagel | 91-CV-4699 | | | | |
| XYZ-29 | Miller, et al. v. PRincipal Mutual | Ill.,N. Zagel | 91-CV-4760 | | | | |
| XYZ-30 | Howard v. U.S. Bancorp Mortgage | Ill.,N. Zagel | 91-CV-4951 | | | | |
| XYZ-31 | Flagg v. LEader MOrtgage | Ill.,N. Zagel | 91-CV-5201 | | | | |
| C-32 | *July 1992 9xyz/Tr 4/13 Pending* C.E. Naylor v. Principal Mutual Life Insurance Company | Ala.,N. Guin | 92-G-2832 | | | 2/17/93 R | |
| C-33 | Cecil Hopkins, et al. v. Citizens Fidelity Bank & Trust Company, etc. | Alab, N. Pointer | 7:93-cv-91 | | | | |

*SEE MATS FOR MORE CASES*

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 899 -- In re Mortgage Escrow Deposit Litigation

===============================================================================

HARLOW ROBINSON, ET AL. (A-1)
PAUL TURNEY (A-2)
GLEN ALLEN, ET AL. (A-3)
RICK ROBINSON (A-7)
Barry G. Reed, Esq.
5200 Norwest Center
90 South Seventh St.
Minneapolis, MN 55402

JANET AITKEN (A-4)
HENRY MOORE (A-5)
Lawrence Walner, Esq.
Lawrence Walner & Assoc. Ltd.
150 N. Wacker Drive
Suite 1870
Chicago, IL 60606

JAMI E. BAY (A-6)
Daniel A. Edelman, Esq.
200 North LaSalle St.
Suite 2100
Chicago, IL 60601-1095

FLEET MORTGAGE CORP.
William A. Von Hoene, Jr, Esq.
Jenner & Block
One IBM Plaza, Suite 4200
Chicago, IL 60611

LOMAS MORTGAGE USA, INC.
James R. Daly, Esq.
Jones, Day, Reavis & Pogue
77 West Wacker
Chicago, IL 60606

CITICORP & CITICORP MORTGAGE, INC.
Alan N. Salpeter, Esq.
Mayer, Brown, Platt
190 South LaSalle St.
Chicago, IL 60603

EMPIRE OF AMERICA REALTY CREDIT
LeAnn Pope, Esq.  **(No App. Rec'd)**
Burke, Wilson & McIlvanine
500 West Madison
Suite 3700
Chicago, IL 60606

PHILLIPPA SAUNDERS, ET AL., (B-8)
CHARLES GRAHAM, ET AL., (B-9)
DANIEL KRUSE, ET AL., (B-10)
KATHLEEN MORTON, ET AL., (B-11)
STEVEN MESHBESHER, ET AL., (B-12)
MAVIS PEARSON, ET AL., (B-13)
KENNETH FRENCH, ET AL., (B-14)
KARIN DANFORTH, ET AL., (B-15)
LOUIS MESEROW, ET AL., (B-16)
JOHN MICHELS, ET AL., (B-17)
GARY R. UTES, ET AL., (B-18)
JAMES HAWKINS, ET AL., (B-19)
BETH WILLS (B-20)
THOMAS JOHNSTON, ET AL., (B-21)
ROBERT CLINE, ET AL., (B-22)
TERRI JACOBSON, ET AL., (B-23)
Charles S. Zimmerman, Esq.,
Barry G. Reed, Esq.
Zimmerman & Reed
5200 Norwest Ctr.
90 S 7th St.
Minneapolis, MN 55402-4123      ~~VACATED~~

METROPOLITAN FIN MOR
(Deft. B-8)
Mary Elizabeth Senkus, Esq.
Patrick L. McLaughlin, Esq.
Shannon Mary O'Toole, Esq.
Oppenheimer Wolff & Donnelly
3400 Plaza VII Building
45 S 7th St.
Minneapolis, MN 55402-4123      ~~VACATED~~

JPML Form 4 -- Continuation

Panel Attorney Service List -- p.2

DOCKET NO. 899 -- In re Mortgage Escrow Deposit Litigation

====================================================================

KNUTSON MORTGAGE CORPORATION
   (Deft. B-9)
LEADER FEDERAL BANK FOR SAVINGS
   (Deft. B-18)
Robert Lee DeMay, Esq.
Leonard Street & Deinard
150 S. 5th Street, Suite 2300
Minneapolis, MN  55402

BARCLAYS AMERICAN/MORTGAGE CORP.
   (Deft. B-10)
BANCPLUS MORTGAGE CORP.
   (Deft. B-11)
CHEMICAL MORTGAGE COMPANY
   (Deft. B-14)
SEARS MORTGAGE CORP.
   (Deft. B-16)
J.I. KISLAK MORTGAGE CORP.
   (Deft. B-19)
CENLAR FEDERAL SAVINGS BANK
   (Deft. B-20)
COMERICA MORTGAGE CORP.
   (Deft. B-21)
MIDLAND MORTGAGE CO.
   (Deft B-23)
Robert John Pratte, Esq.
Briggs & Morgan
2400 IDS Ctr.
80 S. 8th St.
Minneapolis, MN  55402    VACATED

Alan Hall Maclin, Esq.
Briggs & Morgan
W2200 1st Natl Bk Bldg.
332 Minnesota St.
St. Paul, MN  55101

UNITED MORTGAGE CORP.
   (Deft. B-13)
Thomas E. Harms, Esq.
Hessian, McKay & Soderberg
4700 IDS Center
80 South Eighth Street
Minneapolis, MN  55402

FIRST UNION MORTGAGE CORP.
   (Deft B-15)
Laurie Jean Miller, Esq.
Fredrikson & Byron
1100 Intl Ctr
900 2nd Ave S
Minneapolis, MN  55402-3787

Mark Treanor, Esq.
Treanor & Treanor
Suite 105
1716 Harford Rd.
Fallston, MD  21407

Francis O. Clark, Esq.
First Union Corp
Legal Div T-16
301 S Tryon St.
Charlotte, NC  28288

STANDARD FEDERAL SAVINGS BANK
   (Deft. B-17)
Jerome Bernard Simon, Esq.
Maun & Simon
2300 World Trade Ctr.
30 E 7th St.
St. Paul, MN  55101-4904

GOLDOME REALTY CREDIT CORP.
   (Deft. B-22)
J. Thomas Vitt, Esq.
Dorsey & Whitney
2200 1st Bk Pl E
120 S 6th St.
Minneapolis, MN  55402

MURRAY MORTGAGE CO.
   (Deft. B-24)
Richard Ihrig, Esq.
Lindquist & Vennum
4200 IDS Ctr
80 S 8th St.
Minneapolis, MN  55402

Case MDL No. 899   Document 415   Filed 06/16/15   Page 16 of 19

JPML Form 4 -- Continuation

Panel Attorney Service List -- p.3

DOCKET NO. 899 -- In re Mortgage Escrow Deposit Litigation

================================================================

Charles A. Gall, Esq.
Jenkins & Gilchrist
Suite 3200
1445 Ross Ave.
Dallas, TX  75202-2711

ALLIANCE MORTGAGE CO.
(Deft. B-25)
Andrew J. Mitchell, Esq.
Larkin Hoffman Daly & Lindgren
1500 Northwestern Financial Ctr.
7900 Xerxes Ave. S.
Minneapolis, MN  55431

John G. Calender
Howrey & Simon
1730 Pennsylvania Avenue, N.W.
Washington, D.C.  20006-4793

MARGARETTEN & COMPANY, INC.
(Deft. B-12)
Walter J. Duffy, Jr.
Faegre & Benson
2200 Norwest Center
90 South Seventh Street
Minneapolis, MN  55402-3901

JAMES L BLUE, et al. (B-26)
Richard G. McCracken, Esq.
Philip Paul Bowe, Esq.
Davis, Cowell & Bowe
100 Van Ness Avenue, 20th Floor
San Francisco, California  94102

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 899 -- In re Mortgage Escrow Deposit Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Fleet Mortgage Corp. | A-1, A-4 |
| Lomas Mortgage U.S.A., Inc. | A-2, B-26, A-5 |
| Citicorp & Citicorp Mortgage, Inc. | A-3, A-6 |
| Empire of America Realty Credit | A-7 |
| Lomas Mortgage U.S.A, Inc. | A-5 |
| Citicorp + Citicorp Mortgage, Inc. | A-6 |
| Metropolitan Fin Mor | A-8 |
| Knutson Mortgage | A-9 |
| Barclays Am/Mtg. Corp. | A-10 |
| Bancplus Mortgage | A-11 |
| Margetter + Co., Inc. | A-12 |

p. 2

| | |
|---|---|
| United Mortgage Corp. | A-13 |
| Chemical Mortgage Co. | A-14 |
| 1st Union Mortgage | A-15 |
| Sears Mortgage Corp. | A-16 |
| Standard Federal | A-17 |
| Leader Federal Bank | A-18 |
| J.I. Kislak Mortgage | A-19 |
| Center Federal | A-20 |
| Comerica Mtg. Corp. | A-21 |
| Goldome Realty | A-22 |
| | |

JPML FORM 3

p. _____

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. ____ -- _____

| Name of Party | Named as Party in Following Actions |
|---|---|
| | |
| | C-5 |
| Principal Mutual Life Insurance Company | C-32 |
| Citizens Fidelity Bank and Trust Company | C-33 |
| | |
| | |
| | |
| | |
| | |
| | |